# Court of Appeals
# of the State of Georgia

ATLANTA,___July 25, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1293.  WALKER v. RAYMER et al.**

On May 21, 2014, this Court issued an order reinstating this appeal to this Court from the Supreme Court of Georgia, and directing Appellant to file a brief within 20 days from the date of the order. Appellant's brief was due on June 10, 2014.

As of the date of this order, Appellant has not filed a brief as ordered by this Court, and no motion for extension for good cause has been filed. Therefore, this appeal is **DISMISSED**. Court of Appeals Rules 7, 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/25/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*